# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case Number: 21-10327 |
| Jacqueline C Tunstall-Patterson | * | |
| | * | Chapter 13 |
| Debtor | * | |

## OBJECTION TO CLAIM

COMES NOW the Debtor, Jacqueline C Tunstall-Patterson, in the above styled matter, by and through her attorney, and objects to the following claim:

| Creditor | Claim No. | Amount | Specific Basis for Objection |
|---|---|---|---|
| U.S. Bank National Association, as Trustee of Bungalow Series III Trust | 5 | $79,729.56 | Mortgage arrearage amount is excessive, and Debtor disputes the arrearage amount owed. |

WHEREFORE, PREMISES CONSIDERED, Debtor requests that after notice and hearing, the mortgage arrearage claim be reduced and for such other and different relief as the Debtor may be entitled.

/s/ James D. Patterson
James D. Patterson, Esq.
UNDERWOOD & RIEMER, PC
2153 Airport Boulevard
Mobile, Alabama 36606
Telephone: (251) 432-9212
Email: jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2021, a true and correct copy of the OBJECTION TO CLAIM was served on the following parties as set forth herein.

The following parties were served by electronic mail through the Court's CM/ECF system:
- Daniel B. O'Brien, Chapter 13 Trustee, cperry@ch13mob.com

The following party was served via certified mail as set forth, herein:
- U.S. Bank National Association, as Trustee of Bungalow Series III Trust, Attn: Andrew Cecere, CEO, 425 Walnut Street, Cincinnati, OH 45202

The following parties were served via first class mail as set forth, herein:
- SN Servicing Corporation, 323 5th Street, Eureka, CA 95501
- U.S. Bank National Association, as Trustee of Bungalow Series III Trust, c/o Ghidotti Berger, LLP, Attn: Michelle Ghidotti-Gonsalves, Authorized Agent, 1920 Old Tustin Ave, Santa Ana, CA 92705

/s/ James D. Patterson
James D. Patterson, Esq.